IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| HECTOR MANUEL SANTOS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv296 |
| STATE OF TEXAS, ET AL. | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the above-styled civil action is **DISMISSED** with prejudice as frivolous and for failure to state a claim upon which relief may be granted. This dismissal shall not prevent the Plaintiff from challenging his convictions in a procedurally proper manner. The Plaintiff is hereby warned that the continued filing of pleadings raising sovereign citizen arguments or other manifestly frivolous claims could result in the imposition of sanctions, monetary or otherwise, under Fed. R. Civ. P. 11. All motions not previously ruled upon are **DENIED**.

**SIGNED this the 27th day of March, 2019.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1